954

James J. DOUGHERTY, Administrator of the Estate of Arthur McBeth, Deceased, Plaintiff,

v.

A. M. UHRIK, Inc., and A. M. Uhrik, Individually, Defendants and Third-Party Plaintiffs, Appellants (Dominic A. Pingitore and Beletz Bros., Third-Party Defendants).

No. 11410.

United States Court of Appeals, Third Circuit.

Argued Jan. 6, 1955.

Decided Jan. 13, 1955.

John B. Hannum, 3d, Philadelphia, Pa. (John Carey, J. B. H. Carter, Philadelphia, Pa., on the brief), for appellants.

William F. Quinlan, Philadelphia, Pa., for appellee.

Before MARIS, GOODRICH and STALEY, Circuit Judges.

PER CURIAM.

Our examination of the record in this case in the light of the appellants' brief and oral argument discloses no error.

The judgment of the district court will be affirmed.

ZENITH RADIO CORPORATION, Plaintiff-Appellee,

v.

Charles H. LEHMAN, Defendant-Appellant.

No. 101, Docket 23175.

United States Court of Appeals, Second Circuit.

Argued Dec. 14, 1954.

Decided Jan. 13, 1955.

Victor D. Borst and Alan W. Borst, New York City, for appellant.

Paul Kolisch, New York City, Francis W. Crotty, Chicago, Ill., of counsel, for appellee.

Before SWAN, FRANK and HINCKS, Circuit Judges.

PER CURIAM.

The judgment is affirmed on Judge Weinfeld's opinion, D.C., 121 F.Supp. 69.